IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 118-061 |
| | ) | |
| STANFORIN FELDER | ) | |

_____

**O R D E R**

_____

The Court **GRANTS** Defendant's Motion for Reconsideration, (doc. no. 42), and grants

release subject to the conditions outlined in docket entries 43 and 44.

SO ORDERED this 21st day of May, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA